UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-31344
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DON PAUL JACKSON,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CR-600015-3
_____

October 8, 1998

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Don Paul Jackson appeals from his judgment of conviction. He argues that the evidence was insufficient to support his convictions for conspiracy to deal in counterfeit obligations and dealing in counterfeit obligations. Although the testimony of Jackson's accomplices may have conflicted, such testimony was

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sufficient to support Jackson's convictions.  The accomplices'
testimony was neither incredible nor insubstantial on its face and
was sufficient to support the jury verdicts.  <u>United States v.
Brown</u>, 49 F.3d 135, 138 (5th Cir. 1995).  A reasonable fact finder
could have easily found that Jackson was guilty beyond a reasonable
doubt of both the conspiracy and substantive counts.  Accordingly,
the judgment of the district court is AFFIRMED.

AFFIRMED.